AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | ) |
|---|---|
| CHUNGUO JIN,<br>on his own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>JR ASIAN FUSION INC<br>d/b/a JR Asian Fusion et al.<br><br>(See Attached Rider)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:19-cv-03653 (JS)(ARL)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TROY LAW, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

Tel: (718) 762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

*Doreen Flanagan*

Date:  06/25/2019

*Signature of Clerk or Deputy Clerk*

## *Full Caption*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                     Case No. 2:19-cv-03653 (JS)(ARL)
-----------------------------------------------------------X
CHUNGUO JIN,
*on his own behalf and on behalf of others similarly situated*

                                Plaintiff,
                                v.

JR ASIAN FUSION INC
      d/b/a JR Asian Fusion;
YANYU CHEN
      a/k/a Alice Chen,
YUN WU
      a/k/a James Wu, and
      a/k/a Jimmy Wu,
"JOHN" WU, and
JIAOHAO "DOE" a/k/a Jiaohao Wu
                              Defendants.
-----------------------------------------------------------X

## *Defendants' Name with Address*

**JR ASIAN FUSION INC**
      d/b/a JR Asian Fusion
896 West Beech St., Long Beach, NY, 11561

**YANYU CHEN**
      a/k/a Alice Chen,
896 West Beech St., Long Beach, NY, 11561

**YUN WU**
      a/k/a James Wu and a/k/a Jimmy Wu,
896 West Beech St., Long Beach, NY, 11561

**"JOHN" WU**
896 West Beech St., Long Beach, NY, 11561

**JIAOHAO "DOE"**
      a/k/a Jiaohao Wu
896 West Beech St., Long Beach, NY, 11561

**Summons Rider**